UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

BRENDA L. DOWD,

Plaintiff,

-vs-

ERVIN "SKIP" FOWKES and ROBIN L. FOWKES,

Defendants.

NO. CV-12-0544-LRS

ORDER OF DISMISSAL OF DEFENDANTS' COUNTERCLAIMS

Pursuant to the parties "Stipulation and Order of Dismissal of Defendants' Counterclaims," entered on March 15, 2013, and filed with the Court on March 21, 2013 (ECF No. 11-1),

**IT IS ORDERED** that the parties' Joint Motion for Order of Dismissal of Defendants' Counterclaims, **ECF No. 12**, is **GRANTED** and Defendants' counterclaims against Plaintiff are dismissed with prejudice and without attorney's fees or costs to either party.

The District Court Executive is directed to enter this Order and provide copies to counsel.

**DATED** this 18th day of April, 2013.

/s/ *Lonny R. Suko*

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE