UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

BRENDA L. DOWD,

                Plaintiff,          NO.  CV-12-0544-LRS

    vs.                  **ORDER OF DISMISSAL**

ERVIN "Skip" C. FOWKES, et
al.,

                Defendants.

On September 4, 2013, the Court entered an "Order Granting Counsel's Motion For Leave to Withdraw," ECF No. 25.  The Court ordered that Plaintiff have another attorney appear on her behalf or file a *pro se* appearance on or before September 20, 2013. The Court warned that if no such appearances are forthcoming, this case would be dismissed without prejudice.  No appearances have been made.

    **IT IS HEREBY ORDERED:**   Plaintiff's action is **DISMISSED** without prejudice.

    **IT IS SO ORDERED.**  The District Court Executive is directed to enter this Order, provide a copy to plaintiff at her last known address and counsel of record, and **CLOSE THIS FILE.**

    **DATED** this ___23rd___ day of September, 2013

                         ***s/Lonny R. Suko***

                        LONNY R. SUKO
              UNITED STATES DISTRICT JUDGE

ORDER - 1